UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION, CINCINNATI

| | |
|---|---|
| MEDPACE, INC.<br><br>Plaintiff / Counterclaim Defendant,<br><br>vs.<br><br>DARWIN SELECT INSURANCE COMPANY,<br><br>Defendant / Counterclaim Plaintiff. | Case No.: 1:13-CV-00784-TSB<br>Judge Timothy S. Black<br><br>ORDER GRANTING DARWIN SELECT INSURANCE COMPANY'S UNOPPOSED MOTION TO STAY ALL DISCOVERY DEADLINES |

Upon consideration of the Unopposed Motion to Stay All Discovery Deadlines by Defendant / Counterclaim Plaintiff Darwin Select Insurance Company ("Darwin"), it is this 27TH day of MARCH, 2014, hereby **ORDERED** that:

1. The following deadlines in the Court's Calendar Order (Doc. No. 15) are hereby stayed pending a ruling on Darwin's Motion for Judgment on the Pleadings (Doc. No. 16):

    April 4, 2014          Deadline for disclosure of lay witnesses

    June 6, 2014          Discovery deadline

2. In the event that the Court denies Darwin's Motion for Judgment on the Pleadings, the parties will jointly file a proposed amended Calendar Order, within twenty-one (21) days of the issuance of the Court's ruling.

*Timothy S. Black*
UNITED STATES DISTRICT JUDGE